UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMAZON.COM SERVICES, LLC,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant - Appellant. | No. 26-1444<br><br>D.C. No.<br>3:25-cv-09514-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: MILLER and BUMATAY, Circuit Judges.

The request for an administrative stay is granted. The district court's March 9, 2026 order is temporarily stayed pending resolution of the motion for a stay pending appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).