No. 26-1444

# United States Court of Appeals for the Ninth Circuit

AMAZON.COM SERVICES, LLC,

*Plaintiff-Appellee,*

– v. –

PERPLEXITY AI, INC.,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR SAN FRANCISCO, NORTHERN CALIFORNIA IN CASE NO. 3:25-CV-09514-MMC, MAXINE M. CHESNEY, DISTRICT JUDGE

## INDEX TO EXCERPTS OF RECORD

JOHN B. QUINN
DANIEL C. POSNER
JONATHAN H. KIM
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
johnquinn@quinnemanuel.com
danposner@quinnemanuel.com
jonathankim@quinnemanuel.com

ANDREW H. SCHAPIRO
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

CHRISTOPHER G. MICHEL
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 13th Street, NW, Suite 600
Washington, DC 20004
(202) 538-8000
christophermichel@quinnemanuel.com

RENITA N. SHARMA
LUCAS A. HAMMILL
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
renitasharma@quinnemanuel.com
lucashammill@quinnemanuel.com

*Attorneys for Defendant-Appellant*

## TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| | **VOLUME 1 OF 4 – Pages 1 to 9** | |
| 81 | Order Granting Plaintiff's Motion For Preliminary Injunctive Relief, Filed March 9, 2026 | 2 |
| | **VOLUME 2 OF 4 – Pages 10 to 298** | |
| 85 | Transcript of Proceedings before The Honorable Maxine M. Chesney, held on March 6, 2026 | 11 |
| 66 | Plaintiff's Response To Defendant's Supplemental Brief In Support Of Amazon's Motion For Preliminary Injunction, Filed January 26, 2026 | __ |
| 66-1 | Declaration of Vaughn Schermerhorn, in Support of Plaintiffs' Response to Defendants Supplemental Brief in Support of Plaintiffs' Motion for Summary Preliminary Injunction, Filed January 26, 2026 | 152 |
| 60 | Defendant's Supplemental Brief In Opposition To Amazon's Motion For Preliminary Injunction, Filed January 15, 2026 | __ |
| 60-1 | Defendant's Supplemental Declaration Of Henry Modisett In Support Of Opposition To Amazon's Motion For Preliminary Injunction, Filed January 15, 2026 | 159 |
| 60-2 | Declaration Of Daniel C. Posner In Support Of Defendant's Supplemental Brief In Opposition To Amazon's Motion For Preliminary Injunction, Filed January 15, 2026 | 162 |
| 60-3 | Exhibit A: Article by Rafe Rosner-Uddin titled "Amazon accused of listing products from independent shops without permission" published in the Financial Times on January 6, 2026 | 166 |

| 60-4 | Exhibit B: | Article by Annie Palmer titled "Amazon's AI shopping tool sparks backlash from online retailers that didn't want websites scraped" published in CNBC on January 6, 2026 | 177 |
| 60-5 | Exhibit C: | Press release by Amazon Staff titled "Helping customers discover even more selection on Amazon" published on About Amazon on February 11, 2025 | 185 |
| 60-6 | Exhibit D: | Press release by Amazon Staff titled "Amazon's new 'Buy for Me' feature helps customers find and buy products from other brands' sites" published on About Amazon on April 3, 2025 | 193 |
| 60-7 | Exhibit E: | Article by Allison Smith titled "Brands are upset that 'Buy For Me' is featuring their products on Amazon without permission" published in Modern Retail on January 6, 2026 | 202 |
| 60-8 | Exhibit F: | Reddit post by user cwhite616 titled "'Buy It For Me' scam" published on Reddit in r/amazonprime on November 10, 2025 | 212 |
| 60-9 | Exhibit G: | Article by Luis Rijo titled "Amazon AI scraping project creates unauthorized listings for small brands" published in PPC Land on January 3, 2026 | 218 |
| 60-10 | Exhibit H: | Article by Athena Jreij titled "Palm Springs small business alleges Amazon listed products for sale without consent" published on KESQ News Channel 3 on January 2, 2026 | 232 |
| 60-11 | Exhibit I: | Amazon webpage titled "Shop other stores directly" (Merchant FAQ) published on Amazon.com | 244 |
| 60-12 | Exhibit J: | Amazon webpage titled "Shop other stores directly" (Customer FAQ) published on Amazon.com | 248 |
| 60-13 | Exhibit K: | Amazon webpage titled "Terms of Use when you shop brand sites by directing Amazon to complete a purchase on your behalf," last updated April 3, 2025, published on Amazon.com | 253 |
| 60-14 | Exhibit L: | Article by Matt Day of Bloomberg, titled "Amazon AI tool blindsides merchants by offering products without their knowledge" published by The Seattle Times on January 12, 2026 | 257 |

ii

| 54 | Supplemental Declaration of Dzianis Yarats, Filed January 5, 2026 | 265 |
|----|----|----|
| 40 | Amazon.Com Services LLC's Reply In Support Of Its Motion For Preliminary Injunctive Relief, Filed December 10, 2025 | __ |
| 40-1 | Declaration Of David Evans In Support Of Plaintiff's Reply To Defendant's Opposition To Plaintiff's Motion For Preliminary Injunctive Relief, Filed December 10, 2025 | 268 |

**VOLUME 3 OF 4 – Pages 299 to 591**

| 40 | Amazon.Com Services LLC's Reply In Support Of Its Motion For Preliminary Injunctive Relief, Filed December 10, 2025 | __ |
|----|----|----|
| 40-1 | Declaration Of David Evans In Support Of Plaintiff's Reply To Defendant's Opposition To Plaintiff's Motion For Preliminary Injunctive Relief, Filed December 10, 2025 | 300 |
| 40-2 | Declaration Of Aaron Fernandes In Support Of Plaintiff's Reply To Defendant's Opposition To Plaintiff's Motion For Preliminary Injunctive Relief, Filed December 10, 2025 | 485 |
| 40-3 | Declaration Of Billy Joe McLain In Support Of Plaintiff's Reply To Defendant's Opposition To Plaintiff's Motion For Preliminary Injunctive Relief, Filed December 10, 2025 | 492 |
| 35 | Defendant's Opposition To Amazon's Motion For Preliminary Injunction, Filed November 25, 2025 | __ |
| 35-1 | Declaration Of Dmitry Shevelenko In Opposition To Plaintiff's Motion For Preliminary Injunction, Filed November 25, 2025 | 510 |
| 35-2 | Declaration Of Dzianis Yarats In Opposition To Plaintiff's Motion For Preliminary Injunction, Filed November 25, 2025 | 520 |

| 35-3 | Declaration Of Christopher Rucinskinski In Opposition To Plaintiff's Motion For Preliminary Injunction, Filed November 25, 2025 | 529 |
|---|---|---|
| 4 | Amazon.Com Services LLC's Notice Of Motion And Motion For Preliminary Injunctive Relief, Filed November 25, 2025 | — |
| 4-1 | Declaration Of David Chen In Support Of Plaintiff's Motion For Preliminary Injunctive Relief, Filed November 25, 2025 | 552 |
| 4-2 | Declaration Of David Evans In Support Of Plaintiff's Motion For Preliminary Injunctive Relief, Filed November 4, 2025 | 554 |
| 4-3 | Declaration Of Aaron Fernandes In Support Of Plaintiff's Motion For Preliminary Injunctive Relief, Filed November 4, 2025 | 563 |
| 4-5 | Declaration Of Llew Mason In Support Of Plaintiff's Motion For Pre Liminary Injunctive Relief, Filed November 4, 2025 | 571 |
| 4-6 | Letter from Moez M. Kaba to Aravind Srinivas, dated October 31, 2025 | 574 |
| 82 | Notice of Appeal, Filed March 10, 2026 | 578 |
| — | District Court Docket | 580 |

**VOLUME 4 OF 4 – Pages 592 to 613**
**[FILED UNDER SEAL]**

| 34 | Motion Pursuant To Civil L.R. 7-11 To Seal Portions Of Perplexity's Opposition To Plaintiff's Motion For Preliminary Injunction And Supporting Materials, Filed November 25, 2025 | — |
|---|---|---|
| 34-4 | Exhibit 2: Declaration of Dmitry Shevelenko in Opposition to Plaintiff's Motion For Preliminary Injunction | 593 |
| 34-5 | Exhibit 3: Declaration of Dzianis Yarats in Opposition to Plaintiff's Motion For Preliminary Injunction | 604 |