UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMAZON.COM SERVICES, LLC,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant - Appellant. | No. 26-1444<br><br>D.C. No.<br>3:25-cv-09514-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: M. SMITH and TUNG, Circuit Judges, and HINDERAKER, District Judge.*

Judges M. Smith and Tung voted to deny the Petition for Rehearing En Banc, and Judge Hinderaker so recommends. The full court was advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter. Fed. R. App. P. 40. The Petition for Rehearing En Banc is **DENIED**. The motion for leave to file amicus brief (Dkt. No. 68) is **GRANTED**.

---

* The Honorable John Charles Hinderaker, United States District Judge for the District of Arizona, sitting by designation.